UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                   NUMBER 16-091

DANIELLE DENISE TAYLOR                   SECTION: "N"(5)

## ORDER AND REASONS

Defendant Taylor requests appointment of new counsel, alleging dissatisfaction with her current counsel. Record Document Number 86. That dissatisfaction arises from her belief that counsel was ill-prepared and/or gave bad advice during a recent hearing before us.

To extent Ms. Taylor's request is a motion for new counsel that motion is **DENIED**.

Ms. Taylor's basis for this request is misplaced and incorrect. In addition to demonstrating effective professional service during that hearing, her attorney also submitted a very well-written motion on Taylor's behalf that caused this Court to reconsider its position on the pretrial release condition relative to mental health information. While that consideration remains intact, the motion and oral argument provided us an opportunity to clarify the process for release of information that defendant agreed with at the 5A initial appearance hearing and the subject

hearing. Her attorney's work in that regards proved beneficial to Ms. Taylor and this Court. For that Ms. Taylor should be grateful.

Accordingly, the request for new appointed counsel is dismissed as unfounded.[1]

New Orleans, Louisiana, this 15th day of August, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Mere dissatisfaction with and erroneous conclusions with current counsel's conduct does not warrant discharge of counsel found to be competent. *Strickland v. Washington*, 466 U.S. 668; 104 S.Ct. 2052; 80 L. Ed. 2d 674; (1984)